ACCEPTED
05-14-00195-CR
FIFTH COURT OF APPEALS
DALLAS, TEXAS
6/16/2015 2:38:17 PM
LISA MATZ
CLERK



# Dallas County
## Public Defender's Office

June 16, 2015

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS
6/16/2015 2:38:17 PM
LISA MATZ
Clerk

Ms. Lisa Matz, Clerk
Dallas Court of Appeals
George L. Allen, Sr. Courts Building
600 Commerce Street, Suite 200
Dallas, Texas 75202-4653

> RE:  *Vincent Jenkins v. State of Texas*
> Trial Court No.:     F11-53064-V
> Appellate Court No.:  05-14-00195-CR

**Certification of Compliance with Rule 48.4**

Dear Ms. Matz:

Pursuant to Rule 48.4 of the Texas Rules of Appellate Procedure, I certify that on June 4, 2015, I sent to Mr. Jenkins a copy of this Court's opinion and judgment, along with notification of his right to file a pro se petition for discretionary review under Rule 68. This notification was sent certified mail, return receipt requested, to Mr. Jenkins at his last known address.

I have enclosed a copy of the return receipt, received by our office on June 16, 2015. The date of delivery is reflected as June 12, 2015. Please include this letter in the official papers in this cause.

Thank you for your assistance in this matter.

Sincerely,

/s/ *Julie Woods*

Julie Woods
Assistant Public Defender

Enclosure
cc: Dallas County Criminal District Attorney's Office, Appellate Section

---

**SENDER:** *COMPLETE THIS SECTION*

■ Complete items 1, 2, and 3. Also complete
   item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse
   so that we can return the card to you.
■ Attach this card to the back of the mailpiece,
   or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____  ☑ Agent
                       ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
   L. Dorsey                     6/12/15

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

JUN 12 2015

1. Article Addressed to:

Vincent Jenkins
TDCJ # 01908380
Coffield Unit
2661 FM 2054
Tennessee Colony, TX 75884

3. Service Type
   ☑ Certified Mail®      ☐ Priority Mail Express™
   ☐ Registered           ☐ Return Receipt for Merchandise
   ☐ Insured Mail         ☐ Collect on Delivery

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number        7013 2250 0002 2038 8414
   (Transfer from service label)

PS Form 3811, July 2013          Domestic Return Receipt